IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| NICOLE K. and ROMAN S., by next friend Linda R.; ABIGAIL R., LILY R., and RACHEL H., by next friend Nancy B.; and ANNA C., BRIAN P., AMELIA P., ALEXA C., and ZACHARY H., by next friend Jessie R.; for themselves and those similarly situated,<br><br>           Plaintiffs,<br>   v.<br><br>MARION COUNTY, LAKE COUNTY, and SCOTT COUNTY, INDIANA<br><br>           Defendants. | Case No.: 3:19-cv-00025-RLY-MPB |

**MOTION TO ALLOW MINOR PLAINTIFFS AND THEIR NEXT FRIENDS
TO PROCEED UNDER PSEUDONYMS**

    Plaintiffs, by and through their attorneys of record, hereby respectfully move this Court pursuant to Local Rule 10-1 for an Order allowing the named plaintiffs and their next friends to proceed under pseudonyms for all purposes in this case, so as to protect the named plaintiffs from public exposure of sensitive, private information.

    In support of this motion, Plaintiffs state as follows:

    1.  Plaintiffs Nicole K., Roman S., Abigail R., Lily R., Rachel H., Anna C., Brian P., Amelia P., Alexa C., and Zachary H. are minors in Child in Need of Services (CHINS) proceedings in the State of Indiana.  Next friends Linda R., Nancy B., and Jessie R. are current or former foster parents of the children for whom they are serving as next friends.  All names provided above are pseudonyms.

    2.  The Complaint in this matter contains personal and sensitive information about each named plaintiff, as will subsequent filings in this case.  To protect the named plaintiffs from the harms of attaching their identities to such personal and sensitive disclosures, the named plaintiffs

should be permitted to proceed in this litigation using pseudonyms for all purposes. If the true names of the next friends are revealed, the named plaintiffs' identities will be readily ascertainable and the same harms will attach. Moreover, if their true names are revealed, the next friends may face public ridicule, harassment, and/or retaliation for their role in this lawsuit against the government.

3. Anonymity is essential to protect the privacy of the minor plaintiffs, and the great need for anonymity outweighs any harm to the public from allowing minor plaintiffs and their next friends from using pseudonyms in this litigation. In addition, there is no prejudice to Defendants, because anonymity of the minor plaintiffs and their next friends will not prevent Defendants from defending themselves from the claims in this case, and procedural mechanisms may be effected in discovery as needed.

4. Protecting the disclosure of a minor's full name in federal court papers is provided by the Federal Rules of Civil Procedure, which specifies that "the name of an individual known to be a minor" may be replaced by the minor's initials. Fed. R. Civ. P. 5.2(a). The Federal Rules, by themselves, do not provide an express basis for proceeding using a pseudonym for a minor plaintiff or using a pseudonym for a next friend, and this motion is therefore needed pursuant to Local Rule 10-1.

5. This motion is based on the memorandum of points and authorities, filed concurrently herewith, and such further evidence as may be presented at or before any hearing on this matter.

6. The notice accompanying this motion has been filed under seal pursuant to Local Rule 10-1, and Plaintiffs request that the notice remain under seal to protect the disclosure of the true names of minor plaintiffs and their next friends.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order allowing the named plaintiffs and their next friends to proceed under the pseudonyms reflected in the case caption for all purposes in this case.

Dated:  February 6, 2019	By:	/s/ *Kathleen A. DeLaney*
Kathleen A. DeLaney (#18604-49)
DELANEY & DELANEY LLC
3646 Washington Blvd.
Indianapolis, IN  46205
Telephone: 317.920.0400
Facsimile: 317.920.0404
KDelaney@delaneylaw.net

Mark C. Zebrowski (*pro hac vice anticipated*)
Stephen D. Keane (*pro hac vice anticipated*)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125
MZebrowski@mofo.com
SKeane@mofo.com

Robert C. Fellmeth (*pro hac vice anticipated*)
CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

*Attorneys for Plaintiffs*